## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| RICHARD SCHONINGER, a Citizen of New York,<br><br>Plaintiff,<br><br>v.<br><br>M/V THREE OLIVES, O.N. 1168540, *in rem,*<br>IRA J. SHAPIRO, *in personam,* and<br>MARC JACOBS, *in personam*,<br><br>Defendants,<br><br>and<br><br>LYMAN MORSE BOATBUILDING CO., INC., a Maine Corporation,<br><br>Party-In-Interest | Civil Action No.: CV-10-69-P-H |

## **ORDER**

Upon motion for an Order directing sale of the M/V Three Olives by Plaintiff Richard Schoninger, and summary judgment having been granted against both *in personam* Defendants and against the vessel M/V Three Olives, it is hereby **ORDERED:**

1. The United States Marshal be and is hereby directed and empowered to sell the M/V Three Olives free and clear of all liens and encumbrances at public sale, conducted in a commercially reasonable fashion, after Plaintiff has caused notice of said sale to be published in the Portland Press Herald in accordance with the ordinary procedures of the Marshal's office for conducting such sales;

2. The United States Marshal shall deposit the proceeds of said sale with the Clerk of the Court pending further orders of this Court; and

3. After said sale, Plaintiff Richard Schoninger shall issue a report of sale, setting forth the circumstances of the sale and the amount received. After confirmation of the sale by the Court, the Court will proceed to determine the relative priority of claims against the vessel, order distribution of the funds in accordance with the determination of priority, and assess a deficiency, if any, against the *in personam* Defendants in favor of the Plaintiff and/or claimant, as appropriate.

Dated: June 3, 2010

/s/ D. Brock Hornby
D. Brock Hornby
U.S. District Judge

1703188.1